199 F.2d 958
 52-2 USTC P 9559
 Ione S. WYNNE, Petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent.
 No. 65, Docket 22439.
 United States Court of Appeals Second Circuit.
 Argued Nov. 12, 1952.
Decided Dec. 1, 1952.
 
 Franklin S. Wood, New York City, (Charles L. Kades, New York City, Gerald Katcher, Brooklyn, N.Y., and Edwin A. Margolius, New York City, of counsel), for petitioner.
 Charles S. Lyon, Acting Asst. Atty. Gen., Ellis N. Slack, A. F. Prescott and Alonzo W. Watson, Jr., Sp. Assts. to Atty. Gen., for respondent, Commissioner of Internal Revenue.
 Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion below. 11 T.C.M.DEC. 18,881.